HAROLD OSHLAG, Respondent, v. CECILE D. HAMMERLING, Defendant, and DENNIS JAMES, Appellant.— Plaintiff, a real estate broker, sues for brokerage commissions and for damages for conspiracy on the part of both defendants to deprive him of his commissions. Defendant James appeals from an order insofar as it granted his examination before trial on certain items. Order, insofar as appealed from, affirmed, with $10 costs and disbursements; examination to proceed on five days' notice. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

PHILIP CAREY MANUFACTURING CO., Appellant, v. PARTITION MANUFACTURING & INSTALLATION CORPORATION et al., Respondents, et al., Defendants.— In a judgment creditor's action, order granting motion to open default in answering and vacating the judgment entered thereon and granting leave to answer reversed, with $10 costs and disbursements, and motion denied, with $10 costs, without prejudice to a new application for the same relief on papers showing an excuse for the default in answering and a meritorious defense. While sufficient excuse was disclosed for failure to appear on the motion for judgment, the affidavit of the attorney does not reveal against whom or when or for what the judgment alleged to be *res judicata* was obtained. He does not allege knowledge on his part of the facts which would be a defense to the action and which would warrant opening the default in answering. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH KLEIN, Appellant.— Judgment of a City Magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the violation of section 986 of the Penal Law (book-making) and sentencing him to six months in the workhouse, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ.